1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963

6  Attorneys for Plaintiff
   United States of America

7

FILED

07 NOV -2 AM 11: 14

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

8                 UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case 07CV 2100 DMS (AJB)
                                     )
12              Plaintiff,           )
                                     )  EX PARTE MOTION TO APPOINT
13         v.                        )  UNITED STATES SECRET SERVICE
                                     )  AS SUBSTITUTE CUSTODIAN
14  ONE 2007 NISSAN ALTIMA SEDAN,    )
    BAJA CALIFORNIA MEXICO           )
15  LICENSE NO. AHT5258,             )
    VIN 1N4AL21037C113304,           )
16  ITS TOOLS AND APPURTENANCES,     )
                                     )
17              Defendant.           )
    _____)

18       COMES NOW the Plaintiff, United States of America, and moves

19  this Court, pursuant to General Order 273 issued by this Court,

20  for an order appointing the **United States Secret Service** as

21  substitute custodian of the above-described property upon

22  execution of the warrant of arrest in rem.  In support of this

23  motion, Plaintiff states as follows:

24       1.  The United States Secret Service presently has custody

25  over the above-mentioned Defendant and maintains it in a facility

26  or place which will ensure its continued preservation until this

27  Court orders its disposal.

28  ///

1    2.    Transfer to the United States Marshal following the

2  execution of the warrant of arrest <u>in</u> <u>rem</u> will result in

3  additional costs and expenses to the government and enhance the

4  potential for harm to the Defendant as a result of further

5  transporting and storing it in other facilities or places.  Such

6  a transfer is unnecessary and not in the best interests of the

7  Plaintiff, who is desirous of minimizing the costs of this action.

8    3.    Given the type of property that is subject to this

9  forfeiture action, appointment of the United States Secret Service

10  as a substitute custodian will also conserve the limited manpower

11  resources of the United States Marshals Service.

12    WHEREFORE, Plaintiff respectfully requests that this motion

13  be granted.

14    DATED:  Nov. 2, 2007

15    KAREN P. HEWITT
   United States Attorney

16

17

   BRUCE C. SMITH
18  Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28