FILED
07 NOV -5 PM 1:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07 CV 2100 DMS (AJB) |
| Plaintiff, ) | |
| v. ) | ORDER APPOINTING UNITED STATES SECRET SERVICE AS SUBSTITUTE CUSTODIAN |
| ONE 2006 BENTLEY FLYING SPUR SEDAN, CALIFORNIA LICENSE NO. 5GAG721 VIN SCBBR53WX6C036543, ITS TOOLS AND APPURTENANCES ) | |
| Defendant. ) | |

Upon a motion by Plaintiff, United States of America, and good cause appearing therefor:

IT IS HEREBY ORDERED that the UNITED STATES SECRET SERVICE is appointed substitute custodian of the property that is seized in this case pursuant to the warrant of arrest _in rem_ issued by this Court.

IT IS FURTHER ORDERED that the UNITED STATES SECRET SERVICE will maintain this property in a facility which will ensure its continued preservation until this Court orders its disposal.

DATED:

_____
UNITED STATES DISTRICT JUDGE

3