```
 1  KAREN P. HEWITT
    United States Attorney
 2  BRUCE C. SMITH
    Assistant U.S. Attorney
 3  California State Bar No. 078225
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6963

 6  Attorneys for Plaintiff
    United States of America
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONE 2006 BENTLEY FLYING SPUR SEDAN, CALIFORNIA LICENSE NO. 5GAG721<br>VIN SCBBR53WX6C036543,<br>ITS TOOLS AND APPURTENANCES,<br><br>　　　　　Defendant. | Case No. 07cv2100-DMS(AJB)<br><br><u>AMENDED</u><br>EX PARTE MOTION TO APPOINT UNITED STATES SECRET SERVICE AS SUBSTITUTE CUSTODIAN |

COMES NOW the Plaintiff, United States of America, and moves this Court, pursuant to General Order 273 issued by this Court, for an order appointing the **United States Secret Service** as substitute custodian of the above-described property upon execution of the warrant of arrest <u>in</u> <u>rem</u>. In support of this motion, Plaintiff states as follows:

1. The United States Secret Service presently has custody over the above-mentioned Defendant and maintains it in a facility or place which will ensure its continued preservation until this Court orders its disposal.

///

2. Transfer to the United States Marshal following the execution of the warrant of arrest *in rem* will result in additional costs and expenses to the government and enhance the potential for harm to the Defendant as a result of further transporting and storing it in other facilities or places. Such a transfer is unnecessary and not in the best interests of the Plaintiff, who is desirous of minimizing the costs of this action.

3. Given the type of property that is subject to this forfeiture action, appointment of the United States Secret Service as a substitute custodian will also conserve the limited manpower resources of the United States Marshals Service.

WHEREFORE, Plaintiff respectfully requests that this motion be granted.

DATED: Nov. 6, 2007

KAREN P. HEWITT
United States Attorney

s/Bruce C. Smith

BRUCE C. SMITH
Assistant U.S. Attorney