```
KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>ONE 2006 BENTLEY FLYING SPUR SEDAN,<br>CALIFORNIA LICENSE NO. 5GAG721<br>VIN SCBBR53WX6C036543,<br>ITS TOOLS AND APPURTENANCES,<br><br>  Defendant. | Civil No. 07cv2100-DMS(AJB)<br><br>DECLARATION OF AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO THE INTEREST OF JEREMY CAO, CRAIG LAKE, AND ALL OTHER POTENTIAL CLAIMANTS |

I, Bruce Smith, Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

1. On November 2, 2007, a Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On January 11, 2008, the defendant was seized and arrested by the United States Secret Service, who thereafter took possession and custody of the defendant, pursuant to the Court's Order appointing the United States Secret Service as custodian, dated November 5, 2007.

///

2.   On November 30, December 7, and December 14, 2007, pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice was published in the <u>San Diego Commerce.</u>

3.   On November 5, 2007, a Notice of Complaint and a copy of the Complaint for Forfeiture were sent by certified mail as follows:

| Name and address | Article No. | Result |
|---|---|---|
| Jeremy Cao<br>13 Allyssum<br>Rancho Santa Margar, CA 92688 | 70042510000330174069 | Signed for as Received on 11/16/07 |
| Craig Lake<br>7951 Broadway<br>Lemon Grove, CA  91945 | 70042510000330174052 | Signed for as Received on 11/07/07 |

From the time of said notice, no claim or answer has been filed by anyone regarding the above-named defendant.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the interest of Jeremy Cao, Craig Lake and all other potential claimants regarding the above mentioned defendant.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 30, 2008.

                                                Respectfully submitted,

                                                KAREN P. HEWITT<br>                                                United States Attorney

                                                s/Bruce C. Smith

                                                BRUCE C. SMITH<br>                                                Assistant U.S. Attorney<br>                                                Attorneys for Plaintiff<br>                                                United States of America<br>                                                E-mail: <u>bruce.smith@usdoj.gov</u>