# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>                                  Plaintiff,<br><br>vs<br><br>Bentley Flying Spur Sedan 2006<br>Vin#SCBBR53WX6C036543<br><br>                                Defendant, | **Civil No.**    07cv2100-DMS-AJB<br><br>**DEFAULT** |

      It appears from the records in the above entitled action that Summons issued on the original Complaint filed on 11/02/07 has been regularly served upon Claimants Jeremy Cao and Craig Lake for the Defendant Bentley Flying Spur Sedan 2006 Vin#SCBBR53WX6C036543; and it appears from the records herein that the Claimants Jeremy Cao and Craig Lake have failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT is  entered against Claimants Jeremy Cao and Craig Lake

**Entered On:**    1/30/08                           W. SAMUEL HAMRICK, JR., CLERK

                                    By:              s/ L Odierno

                                                         Deputy