```
 1  KAREN P. HEWITT
    United States Attorney
 2  BRUCE C. SMITH
    Assistant U.S. Attorney
 3  California State Bar No. 078225
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6963
    E-mail: bruce.smith@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No. 07cv2100-DMS(AJB) |
| Plaintiff, | ) NOTICE OF MOTION AND MOTION FOR |
| | ) JUDGMENT BY DEFAULT AS TO THE |
| v. | ) INTEREST OF JEREMY CAO, CRAIG |
| | ) LAKE, AND ALL POTENTIAL CLAIMANTS |
| ONE 2006 BENTLEY FLYING SPUR SEDAN, CALIFORNIA LICENSE NO. 5GAG721 VIN SCBBR53WX6C036543, ITS TOOLS AND APPURTENANCES, | ) DATE: March 21, 2008 ) TIME: 1:30 p.m. ) CTRM: 10 |
| Defendant. | ) NO ORAL ARGUMENT PURSUANT ) TO LOCAL RULE |

TO: JEREMY CAO AND CRAIG LAKE, PRO PER

PLEASE TAKE NOTICE that on March 21, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Dana M. Sabraw, United States District Court, Courtroom 10, 940 Front Street, San Diego, California, Plaintiff, United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and Bruce Smith, Assistant United States Attorney, will move the Court, pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, for a judgment by default in the instant case as to the interest of Jeremy Cao, Craig Lake and all potential claimants.

///

///

///

///

1 | This motion is based on the files and records of this case, including the Clerk's Entry of Default dated January 30, 2007, (Government's Exhibit 1) as well as the attached Memorandum of Points and Authorities and Declaration of Bruce C. Smith (Government's Exhibit 2).

DATED:   February 5, 2008.

                    Respectfully submitted,

                    KAREN P. HEWITT
                    United States Attorney

                    s/Bruce C. Smith

                    BRUCE C. SMITH
                    Assistant U.S. Attorney
                    Attorneys for Plaintiff
                    United States of America
                    E-mail: bruce.smith@usdoj.gov

1  KAREN P. HEWITT
    United States Attorney
2  BRUCE C. SMITH
    Assistant U.S. Attorney
3  California State Bar No. 078225
    Federal Office Building
4  880 Front Street, Room 6293
    San Diego, California 92101-8893
5  Telephone: (619) 557-6963
    E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No. 07cv2100-DMS(AJB) |
|---|---|
| Plaintiff, | ) CERTIFICATE OF |
| | ) SERVICE BY MAIL |
| v. | ) |
| ONE 2006 BENTLEY FLYING SPUR SEDAN, CALIFORNIA LICENSE NO. 5GAG721 VIN SCBBR53WX6C036543, ITS TOOLS AND APPURTENANCES, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Notice Of Motion And Motion For Judgment Of Default As To The Interest Of Jeremy Cao, Craig Lake, And All Other Potential Claimants** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Jeremy Cao                              Craig Lake
13 Allyssum                             7951 Broadway
Rancho Santa Margar, CA 92688           Lemon Grove, CA 91945

///

///

///

1  the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008.

                                              s/Bruce C. Smith