1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   E-mail: bruce.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          ) Civil No. 07cv2100-DMS(AJB)
                                      )
11            Plaintiff,              ) TABLE OF CONTENTS FOR EXHIBITS
                                      ) IN SUPPORT OF PLAINTIFF'S MOTION
12       v.                           ) FOR JUDGMENT BY DEFAULT AS TO
                                      ) THE INTEREST OF JEREMY CAO,
13 ONE 2006 BENTLEY FLYING SPUR SEDAN,) CRAIG LAKE, AND ALL POTENTIAL
   CALIFORNIA LICENSE NO. 5GAG721     ) CLAIMANTS
14 VIN SCBBR53WX6C036543,             )
   ITS TOOLS AND APPURTENANCES,       )
15                                    )
              Defendant.              )
16 _____ )

17   Exhibits                                                    Pages

18   Exhibit 1:   Clerk's Entry Of Default filed 1/30/07          13

19   Exhibit 2:   Declaration Of Bruce C. Smith In Support Of Motion   15-16
                  For Default Judgment

20

21

22

23

24

25

26

27

28

# EXHIBIT ONE

00012

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | |
| Plaintiff, | **Civil No.    07cv2100-DMS-AJB** |
| **vs** | **DEFAULT** |
| Bentley Flying Spur Sedan 2006 Vin#SCBBR53WX6C036543 | |
| Defendant, | |

It appears from the records in the above entitled action that Summons issued on the original Complaint filed on 11/02/07 has been regularly served upon Claimants Jeremy Cao and Craig Lake for the Defendant Bentley Flying Spur Sedan 2006 Vin#SCBBR53WX6C036543; and it appears from the records herein that the Claimants Jeremy Cao and Craig Lake have failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT is  entered against Claimants Jeremy Cao and Craig Lake

**Entered On:**    1/30/08                    W. SAMUEL HAMRICK, JR., CLERK

By: _____
s/ L Odierno

Deputy

00013

# EXHIBIT TWO

00014

KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cv2100-DMS(AJB) |
| Plaintiff, | ) ) | DECLARATION OF BRUCE C. SMITH |
| v. | ) ) ) | IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |
| ONE 2006 BENTLEY FLYING SPUR SEDAN, CALIFORNIA LICENSE NO. 5GAG721 VIN SCBBR53WX6C036543, ITS TOOLS AND APPURTENANCES, | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

I, Bruce C. Smith, declare:

1.    I am the Assistant United States Attorney primarily responsible for the prosecution

of this case.  I have prepared this Declaration based upon my review of the Court's docket and the

file maintained by the U.S. Attorney's office with respect to this case.

2.    On November 2, 2007, a Complaint for Forfeiture was filed in the above action in

the United States District Court for the Southern District of California against the above defendant.

On January 11,2008, the defendant was seized and arrested by the United States Secret Service,

who thereafter took possession and custody of the defendant, pursuant to the Court's Order

appointing the United States Secret Service as custodian, dated November 5, 2007.

1    This motion is based on the files and records of this case, including the Clerk's Entry of Default

2    dated January 30, 2007, (Government's Exhibit 1) as well as the attached Memorandum of Points and

3    Authorities and Declaration of Bruce C. Smith (Government's Exhibit 2).

4    DATED:   February 5, 2008.

5                                        Respectfully submitted,

6                                        KAREN P. HEWITT
                                         United States Attorney
7
                                         s/Bruce C. Smith
8
                                         BRUCE C. SMITH
9                                        Assistant U.S. Attorney
                                         Attorneys for Plaintiff
10                                       United States of America
                                         E-mail: bruce.smith@usdoj.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28