# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

United States of America,
        Plaintiff(s)

V.        **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Bentley Flying Spur Sedan 2006
Vin#SCBBR53WX6C036543 and
LIC#5GAG721 it's tools and appurtenances
        Defendant(s)

**CASE NUMBER:**    07CV2100-DMS-AJB

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

Default is entered as to Jeremy Cao, Craig Lake, and all Potential Claimants for the Defendant Bentley Flying Spur Sedan 2006 Vin#SCBBR53WX6C036543 and LIC#5GAG721 it's tools and appurtenances.

February 6, 2008          W. Samuel Hamrick, Jr.
Date          Clerk

s/ L Odierno
(By)    Deputy Clerk
ENTERED ON February 6, 2008