# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

United States of America,
                Plaintiff(s)

              V.                      **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Bentley Flying Spur Sedan 2006
Vin#SCBBR53WX6C036543 and
LIC#5GAG721 it's tools and appurtenances,    **CASE NUMBER:**    07CV2100-DMS-AJB
                Defendant(s)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

The Defendant vehicle Bentley Flying Spur Sedan 2006 Vin#SCBBR53WX6C036543 and LIC#5GAG721 it's tools and appurtenances is hereby condemned and forfeited to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1). Judgment shall be entered on Plaintiff's complaint in favor of the United States of America. Costs incurred by the United States Secret Service and any other governmental agencies which were incident to the seizure, custody and storage of the Defendant vehicle shall be the first charge against the forfeited Defendant vehicle. Now, therefore DEFAULT JUDGMENT is entered against Jeremy Cao, Craig Lake, and All Potential Claimants.

| March 14, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L Odierno |
| | (By) Deputy Clerk |
| | ENTERED ON March 14, 2008 |