NUNC PRO TUNC
MAR 2 0 2008

FILED
08 MAR 21 PM 1:11
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1  CRAIG ORLAND LAKE
2  7951 Broadway
   Lemon Grove, California [91945]
3  Telephone: (619) 279-1737
   Facsimile: (619) 462-1833
4  E-Mail: colake@cox.net
5  In Pro Per

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ONE BENTLEY FLYING SPUR SEDAN,<br>CALIFORNIA LICENSE NO. 5GAG721<br>VIN SCBBR53WX6C036543,<br>ITS TOOLS AND APPURTENANCES,<br><br>    Defendant | Civil No. 07cv2100-DMS(AJB)<br><br>NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT<br><br>Date:  March 20, 2008<br>Time: _____<br>Place: UNITED STATES DISCTRICT COURT<br>        Southern District of California<br>        Courtroom 10<br>        940 Front Street<br>        San Diego, California [92101] |

TO:   KAREN PECKHAM HEWITT
      BRUCE CAMPBELL SMITH
      Attorneys for Plaintiff
      Federal Office Building
      880 Front Street, Room 6293
      San Diego, California [92101-8893]

PLEASE TAKE NOTICE that on March 20, 2008, at _____, or as soon thereafter as counsel may be heard by the above-entitled court, located at 940 Front Street, Courtroom 10, San Diego, California, for an order setting aside default which was entered against defendant in this action, pursuant to Fed. R. Civ. P. 55(c). This motion will be made on the grounds that the following circumstances establish good cause for setting aside the entry of default.

1

1. Claimant for defendant's failure to respond within the appropriate number of days after service of process was due to the fact that claimant for defendant became ill shortly after the time of service.
2. Claimant for defendant's failure to appear was not willful and relief from the entry of default will not prejudice plaintiff.

Dated: 03-20-08

*Cg O Lake*

CRAIG ORLAND LAKE
In Pro Per
7951 Broadway
Lemon Grove, California 91945
Telephone: (619) 279-1737