CRAIG ORLAND LAKE
7951 Broadway
Lemon Grove, California [91945]
Telephone: (619) 279-1737
Facsimile: (619) 462-1833
E-Mail: colake@cox.net
In Pro Per

NUNC PRO TUNC
MAR 2 0 2008

FILED
08 MAR 21 PM 1:12
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>   v.<br><br>ONE BENTLEY FLYING SPUR SEDAN,<br>CALIFORNIA LICENSE NO. 5GAG721<br>VIN SCBBR53WX6C036543,<br>ITS TOOLS AND APPURTENANCES,<br><br>            Defendant | Civil No. 07cv2100-DMS(AJB)<br><br>PROPOSED ANSWER TO COMPLAINT |

   Comes now CRAIG ORLAND LAKE, claimant for defendant and proposed answer the complaint on file as follows:

   Claimant for defendant unequivocally alleges that he has no facts sufficient with respect to all allegations in the complaint. If pleading in the alternative and if the facts alleged do constitute some truth, the transfer of the defendant for property makes all allegations null and void. When this honorable court finds in favor of defendant, any and all allegations will be rectified.

   Attached, herewith, are documents to be made a part of this Proposed Answer to Complaint:

   1.  Exhibit A:  Copy of front and back of Certificate of Title of defendant
   2.  Exhibit B:  Vehicle insurance policy information of defendant
   3.  Exhibit C:  Bill of Sale of defendant
   4.  Exhibit D:  Correspondence to attorney for plaintiff, BRUCE CAMPBELL SMITH.

1

1  WHEREFORE, claimant for defendant, CRAIG ORLAND LAKE, prays for release of defendant
2  to claimant.

6  Dated: 03-20-08

*Cg O Lake*
CRAIG ORLAND LAKE
In Pro Per
7951 Broadway
Lemon Grove, California 91945
Telephone: (619) 279-1737

# STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

V35060324AS

VEHICLE HISTORY

AUTOMOBILE

**VEHICLE ID NUMBER:** SCBBR53WX6C036543
**YR MODEL:** 2006
**MAKE:** BENT
**PLATE NUMBER:** 5GAG721

**BODY TYPE MODEL:** SD
**AX:** 
**UNLADEN WEIGHT:** 
**FUEL:** G
**TRANSFER DATE:** 
**FEES PAID:** $1279
**REGISTRATION EXPIRATION DATE:** 03/08/2007

**YR 1ST SOLD:** 2006
**CLASS:** MA
**YR:** 
**MO:** MR
**EQUIPMT/TRUST NUMBER:** 
**ISSUE DATE:** 04/02/06

**MOTORCYCLE ENGINE NUMBER:**

**ODOMETER DATE:** 03/07/2006
**ODOMETER READING:** 30 MI
ACTUAL MILEAGE

**REGISTERED OWNER(S):**
CAO JEREMY
13 ALLYSSUM
RCHO STA MARG CA 92688

I certify under penalty of perjury under the laws of the State of California, that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. 2/27/2007 X [signature] SIGNATURE OF REGISTERED OWNER

1b. ___ DATE X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ _ _ _ , _ _ _ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF AGENT SIGNING FOR A COMPANY | |

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

**LIENHOLDER(S):**

2. X [signature]
Signature releases interest in vehicle (Company names must be countersigned)
Release Date 2/27/2007

CA94450860
009032
REG. 17 30R (REV. 10/03)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK - HOLD TO LIGHT TO VIEW

"A"

# APPLICATION FOR TRANSFER BY NEW OWNER (Please print or type)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD: **LAKE CRAIG ORLAND**

3b. ☐ AND ☐ OR (LAST, FIRST, MIDDLE)

4. STREET ADDRESS OR P.O. BOX NUMBER: **7951 BROADWAY**

5. CITY: **LEMON GROVE**   STATE: **CA**   ZIP CODE: **91945**

6. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

7. CITY   STATE   ZIP CODE

8. FOR TRAILER COACHES ONLY – ADDRESS OR LOCATION WHERE KEPT

I certify under penalty of perjury under the laws of the State of California that the information entered by me on this document is true and correct. If there is a mailing address entered on this form, it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Civil Procedures Code Sections 415.20(b), 415.30(a) and 416.90.

9a. DATE: **02-27-07**   SIGNATURE OF NEW REGISTERED OWNER: X **C O Lake**   CALIFORNIA DRIVER LICENSE OR ID CARD NO.: **K0948095**   PURCHASE DATE: **02-27-07**

9b. DATE   SIGNATURE OF NEW REGISTERED OWNER: X   CALIFORNIA DRIVER LICENSE OR ID CARD NO.   PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE   ELECTRONIC LIENHOLDER ID: ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY   STATE   ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

I certify under penalty of perjury under the laws of the State of California that the signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies that the odometer reading entered above my signature (in compliance with Federal law) and the other information entered by me on this document are true and correct.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.   R/S NUMBER

DATE   SIGNATURE OF AUTHORIZED AGENT: X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING: X   PRINTED NAME OF BUYER OR AGENT   SALES PERSON'S NO.

SOLD THROUGH AUCTION IF APPLICABLE   DATE OF AUCTION   AUCTION NAME   DEALER NUMBER

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.   R/S NUMBER

DATE   SIGNATURE OF AUTHORIZED AGENT: X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING: X   PRINTED NAME OF BUYER OR AGENT   SALES PERSON'S NO.

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.   R/S NUMBER

DATE   SIGNATURE OF AUTHORIZED AGENT: X   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING: X   PRINTED NAME OF BUYER OR AGENT   SALES PERSON'S NO.

A (BACK)

 **MERCURY INSURANCE COMPANY**                          72         END.# 17

This endorsement forms part of the policy shown below, all other terms and conditions of this policy remain unchanged.

Policy No.     : AP 27306279
Insured        : CRAIG O LAKE
Effective Date : 04/13/2006                12:01 A.M.

## VEHICLE EXCLUSION

It is agreed that the insurance afforded by this policy, or any continuation, renewal or replacement of this policy by the Named Insured or the reinstatement within 30 days of any lapse thereof, shall not apply to the

2006 BENTLY
1989 BENTLY
1984 VOLKSWAGEN VANAGON
1989 LINCOLN   MARK VII #2832

or any replacement thereof or successive replacement without prior written approval from the Company or Producer

Producer HORTON INS AGCY, INC                      3281

U-148  1/1994

**INSURED COPY**



**PROGRESSIVE**

HORTON INS AGENCY
PO BOX 606
LEMON GROVE, CA 91946

Underwritten by:
United Financial Casualty Company
December 14, 2007
Policy Period: Jan 27, 2008 - Jan 27, 2009
Page 1 of 2

KIVAH HOLDING CO
DBA: GLYMAR REALTY & MORTGAGE
SOME ST
NEWPORT BEACH, CA 92660

Customer Phone number: 1-619-462-1833

## Commercial Auto Insurance Quote

Thank you for contacting me about your auto insurance needs. I am pleased to provide you with a quote from United Financial Casualty Company, a company that offers competitive rates and many outstanding services. Progressive gives you access to your policy information through progressiveagent.com, your customized Web site. Claims service is available 24 hours a day, 7 days a week by calling 1-800-274-4499.

### Policy information

Business type:       Passenger Transportation (Not For Hire)
Sub business type:   Real Estate & Insurance

### Quote for 12 month policy period

If you pay your premium in full, you will receive a discount as shown.

| | |
|---|---:|
| Total policy premium | $2,814.80 |
| Paid in full discount | -132.00 |
| Policy premium if paid in full | $2,682.80 |

### Payment plans

Payment Method:  10 payments

**Electronic Funds Transfer (EFT)** assures that your payment is on time. Each payment includes a $1.00 installment fee.

| Payment plan | Total premium | Initial payment | Payments |
|---|---|---|---|
| 11 Payments, 9.09% Down | $2,814.80 | $280.23 | 10 payments of $254.46 |
| 11 Payments, 16.67% Down | $2,814.80 | $491.56 | 10 payments of $233.33 |

**Make payments by mail** or at progressiveagent.com. Each payment includes a $5.00 installment fee.

| Payment plan | Total premium | Initial payment | Payments |
|---|---|---|---|
| 10 Payments, 10.0% Down | $2,814.80 | $305.60 | 9 payments of $283.80 |
| 10 Payments, 20.0% Down | $2,814.80 | $584.40 | 9 payments of $252.83 |
| 10 Payments, 25.0% Down | $2,814.80 | $723.80 | 9 payments of $237.34 |
| 1 Payment | $2,682.80 | $2,682.80 | None |
| 4 Payments, 25% Down | $2,814.80 | $723.80 | 3 payments of $702.00 |
| OPF | $2,814.80 | $2,814.80 | None |

### To purchase insurance

Please review the information on your quote for accuracy; incomplete and inaccurate information could affect your rate. These rates are subject to verification of information. If you have any questions or would like to purchase a Progressive policy, please call me at **1-619-465-9100**. Your coverage will begin once your initial payment has been received. Thanks again for the opportunity to work with you.


Continued

KIVAH HOLDING CO
Page 2 of 2

## Rated drivers

Failure to accurately and completely report all driver information may result in premium differences and service delays.

| Name | Age | Marital Status | Points | Additional Information |
|---|---|---|---|---|
| CRAIG LAKE | 57 | Married | 0 | |
| DOUG DRIVER | 31 | Single | 0 | |

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
|   Bodily Injury and Property Damage Liability | $750,000 combined single limit | | $943 |
| Uninsured/Underinsured Motorist | $750,000 combined single limit | | 129 |
| Medical Payments | $5,000 each person | | 40 |
| Comprehensive | | | |
|   See Schedule Of Covered Autos | Limit of liability less deductible | | 406 |
| Collision | | | |
|   See Schedule Of Covered Autos | Limit of liability less deductible | | 1,270 |

Subtotal policy premium — $2,788
Additional Insured Fee — 25.00
California Vehicle Assessment Fee — 1.80
**Total 12 month policy premium — $2,814.80**

## Auto coverage schedule

1. **2006 BENT CONTINENTAL FLY** Stated Amount: $125,000
   VIN: SCBBR53WX6C036543   Garaging Zip Code: 92660

| | Liability | UM/UIM BI | Med Pay | | | Auto Total |
|---|---|---|---|---|---|---|
| **Liability Premium** | 943 | 129 | 40 | | | |

| | Comp Deductible | Comp Premium | Coll/Waiver Deductible | Coll/Waiver Premium | | Auto Total |
|---|---|---|---|---|---|---|
| **Physical Damage Premium** | $2,500 | 406 | $2,500 | 1270 | | $2,788 |

Form QTE CA (08/07)

# REAL ESTATE PURCHASE CONTRACT AND RECEIPT FOR DEPOSIT

THIS IS MORE THAN A RECEIPT FOR MONEY. IT IS INTENDED TO BE LEGALLY BINDING CONTRACT. READ IT CAREFULLY.

CALIFORNIA ASSOCIATION OF REALTORS STANDARD FORM

San Diego, California, **80 ACRES OF UTAH PROPERTY** February 27, 2007

Received from ~~Skyline Truck Trail Owner~~ herein called Buyer, the sum of Five Thousand and 00/100 Dollars $ 5,000 evidence by cash, cashier's check, or _____, X personal check payable to ~~Allison McCloskey Escrow~~, to be held uncashed until acceptance of this offer, as deposit on account of purchase price of Nine Hundred ~~Twenty Five Thousand~~ ~~Dollars $ 925,000~~ for the purchase of property, situated in San Diego, County of San Diego, California, described as follows: 8240 Alton Dr

1. Buyer will deposit in escrow with **LAND BASIN TITLE** ~~Allison McCloskey~~ the balance of purchase price as follows:

   A. ~~Skyline Truck Trail~~ owner to exchange House with equity of $800,000 for 8240 Alton Dr with $800,000 Equity.
   B. ~~Skyline Truck Trail owner to qualify and obtain new loan of $125,000 ($925,000 Price-$125,000 New Loan= $800,000 Equity).~~
   C. 8240 Alton Dr owner to qualify and obtain new loan of $2,200,000 ($3,000,000 Price-$2,200,000 New Loan= $800,000 Equity).
   D. ~~8240 Alton Dr owner may receive a portion of his equity in cash.~~
   E. Subject to approval of terms, conditions, and interiors of all properties.
   F. Properties other than 8240 Alton Dr may be substituted or added.
   G. ~~Either party may generate additional cash through this exchange.~~
   H. If property is listed please forward to your agent.
   I. If property is not for sale, please disregard this offer.

**2006 Bently** FOR see attached

Township 4 S. Range 7W UNITAH Special MERIDIAN - BASED The NW 1/4 of the SW 1/4 the SE 1/4 of the SE 1/4

Set forth above any terms and conditions of a factual nature applicable to this sale, such as financing, prior sale of other property, the matter of structural pest control inspection, repairs and personal property to be included in the sale.

2. Deposit will / X will not be increased by $ _____ to $ _____ within _____ days of acceptance of this offer.

3. Buyer does / X does not intend to occupy subject property as their residence.

4. The following supplements are incorporated as part of this agreement: **NONE**  Other

| | | |
|---|---|---|
| Structural Pest Control Certification Agreement | Occupancy Agreement | X |
| Special Studies Zone Disclosure | VA Amendment | X |
| Flood Insurance Disclosure | FHA Amendment | X |

5. Buyer and Seller shall deliver signed instructions to the escrow holder within 15 days from Seller's acceptance which shall provide for closing within 45 days from Seller's acceptance. Escrow fees to be paid as follows: 50% Buyer/ 50% Seller.

6. Buyer and Seller acknowledge receipt of a copy of this page, which constitutes page 1 of 2 pages.

CAR   CAR
Buyer ~~For Skyline Truck Trail Owner~~    Seller _____ 2/27/2007
                                              PROPERTY
Buyer _____                        Seller C/O Lake 02-27-07

A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE. IF YOU DESIRE LEGAL ADVICE CONSULT AN ATTORNEY. THIS STANDARDIZED DOCUMENT FOR USE IN SIMPLE TRANSACTIONS HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS IN FORM ONLY. NO REPRESENTATION IS MADE AS TO APPROVAL OF SUPPLEMENTS NOT PUBLISHED BY CAR, THE LEGAL VALIDITY OF ANY PROVISION, OR THE ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. IT SHOULD NOT BE USED IN COMPLEX TRANSACTIONS OR WITH EXTENSIVE RIDERS OR ADDITIONS.

I CRAIG LAKE TRANSFER 80 Acres for JC's Bently SCBBR53WX6C036543 - "C"

# from the desk of CRAIG LAKE

**PERSONAL NUMBERS**

**Craig Lake**

7951 Broadway
Lemon Grove,
CA. 91945.4425

Office:
619-462-1834
Fax: 619.462-1833
Cell: 619-279-1737
E-mail
COLake@cox.net

October 18, 2007

Bruce C. Smith
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893

**RE: *2006 Bentley Flying Spur***

Dear Mr. Smith:

First let me apologize for taking so much time to get this information to you. I kept adding to the letter until to was more of a book than a letter of information. It is hard to say all I want to say without ending up just rambling and rambling. This is an outline type letter. If you have questions, I can meet with you. This is so important because this is my car and not Jeremy's car. He drug things out and had excuses but on February 28, 2007 I squeezed the title out of him. "A" ATTACHED

1. In the middle of the month of February 2006 (yes, not a typo 2006 is correct) we met when we were both considering investing in a bottled water production company. I went to one explanation of the product and did no followup. However, this car in the lot was the most magnificent piece of beauty. Jeremy said he bought the car on a whim and he was sorry he bought the car. "It wasn't he" so to speak. I told him I don't have the kind of money to ever buy a car like that, but, if he ever would consider a land trade, I would come running. I have a few collectable cars. I build street rods. I am the founding member and charter president (1974) of a car club called "Over The Hill Gang." The club is still very active and said to be one of the largest in the land. I live and breathe cars. I have restored many cars and currently I am very active in the restoration and preservation of military vehicles. I have from old jeeps to 10 wheel radar shop trucks. The Military Vehicles Preservation Association is in many local parades. We attend the air shows as far away as Hemet. I attend meets all the way to the National Guard of Mesa, Arizona.

2. In March Jeremy wanted to "see what I have to Offer in the way of land." We made a deal on property I had in Utah. I called my insurance agent and asked him to find out how much the Bentley would cost to insure. I took the car to his office. When my policy came up for renewal, my agent, not knowing the status of the car, and me telling him it would be any day now, but someone else was driving the car, my

"C"

"B"

insurance agent listed the Bentley on the policy "Vehicle Exclusion" list. I have attached a copy of the insurance policy's pertinent page. The agent is Tim Horton, (619-465-9100). I was praising God for the gift. I couldn't believe it. A Bentley; a new one; an awesome one. One excuse lead to another and transfer time kept getting postponed. It did have the air conditioning explode. I was in the car. It took time to repair. He said he went off the left lane of an L.A. freeway and had to have body work done to the car. Special wheels were to come with it and he wanted to be sure they were installed. I had the car in November. I drove to the election night parties at the San Diego Westgate Hotel. I was on cloud nine. I agreed to donate a "night chauffeur in a Bentley" to a fund raiser being organized by Mary England. (I can give you her number but sure are apathetic about her getting a call from the U.S. attorney's office - maybe a letter or statement would be OK. She is a Lemon Grove City Councilwoman)

3. Jeremy wanted to get the car serviced. It was due to have something done. He took the car, I agreed it was the best thing to do prior to filing papers with the D.M.V. I wasn't sure how the service plan transferred or how the warranty transferred.

4. Time went fast during the holidays We talked only a few times. He had renewed the insurance and the car was parked and I was still researching transfer D.M.V. costs and if a company owning the car could transfer without sales tax. If I had to pay the normal seven (something) % on market value, using the value on your letter, one could have to pay twelve thousand dollars. I am Pastor of the church at Campland on the Bay. I have for more than 16 years. I did a Sunday message about being careful about what you pray for; you may not be able to afford it. I vaguely told the story about the Bentley.

5. However, on February 27, 2007, Jeremy called me. I was in Los Angeles. He told me to meet him at a restaurant. A Fuddrucker's. He wanted to complete the trade. I hurried to the place. I had in my vehicle a contract that was faxed to me by a person wanting to offer on a piece of property I had listed. (See a fax date on the top of the document. I know it is a messy page. But this was my chance. The paper was adopted to work by crossing out some lines and filling in margins. I felt it would be a written "C" expression, as fractured as it was, to be legal. I have enclosed a credit card receipt "D" from a gas station in the area on the date that I met with Jeremy. The arrow points to the transaction. I stayed in the area and he delivered the title to me the next day. I couldn't drive two cars. I still had to ascertain research on how to title. He had a paid insurance policy that we decided to continue until the renewal date. We agreed the car would not be driven. I agreed to anything. I wanted that car and I finally owned it. I held the 2006 Bentley ownership papers in my hand. Life could not be any better.

6. Then the bump in the road. (Ha Ha) bump heck! The day after I brought the car home I parked the car outside my balcony. I sat looking over the balcony and drooled over the car until I had to get to work. My son came by. I generously allowed him to park the car in my parking place in the under ground garage. It turned out to not be the kind of thrill we had anticipated. All of the sudden my son and I were surrounded

park the car in my parking place in the under ground garage. It turned out to not be the kind of thrill we had anticipated. All of the sudden my son and I were surrounded by what appeared to be an army of fire power. They took my dream car. I only had it a short time again. The rest of the story is history to you.

I gave Jeremy a Bill of Sale and Escrow instructions for the Land Basin Title Company. I keep checking but the land is not transferred. I really own this car. If his possessions are to be lost from his ownership, I can give you the Bill of Sale. However, the transfer document I wrote up for him transferred the land to an investment company. Jeremy said the land belongs to the investors and not him.

Yes, this is a shortened version. Sorry for the length but I wanted to try and explain the entire picture, so to speak. I pray you can see that I had title and possession. I don=t believe the car should have been taken from me. I don=t believe, if circumstances dictate that he gets a release of seized possessions, that he should get the car. It should be returned to me. If circumstances dictate that seized possessions remain, I should get the car and the government gets the land.

I stand ready to be of any assistance you may require. I have tried to support all my long line of happenings.

                Respectfully,

BY: *[signature]*
            Craig Lake

COL/hs