CRAIG ORLAND LAKE
7951 Broadway
Lemon Grove, California [91945]
Telephone: (619) 279-1737
Facsimile: (619) 462-1833
E-Mail: colake@cox.net
In Pro Per

NUNC PRO TUNC
MAR 2 0 2008

FILED
08 MAR 21 PM 1:12

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ONE BENTLEY FLYING SPUR SEDAN,<br>CALIFORNIA LICENSE NO. 5GAG721<br>VIN SCBBR53WX6C036543,<br>ITS TOOLS AND APPURTENANCES,<br><br>　　　　Defendant | Civil No. 07cv2100-DMS(AJB)<br><br>CERTIFICATE OF SERVICE |

　　　I, CRAIG ORLAND LAKE, claimant for defendant in this action, certify that on March 20, 2008, at 3:25 Hewitt / 3:30 Smith, I personally served a copy of the attached NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT: POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR RELIEF FROM ENTRY OF DEFAULT and PROPOSED ANSWER TO COMPLAINT on KAREN PECKHAM HEWITT and BRUCE CAMPBELL SMITH, plaintiff's attorneys in this action, by personally handing the copy to Ariana 5th Floor / Gene 6th Floor, Clerk, at 940 Front Street, Courtroom 10, San Diego, California.

Dated: 3-20-08

_____
CRAIG ORLAND LAKE
In Pro Per
7951 Broadway
Lemon Grove, CA 91945
619-279-1737

1