# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>  vs.<br><br>ONE 2006 BENTLEY FLYING SPUR SEDAN, CALIFORNIA LICENSE NO. 5GAG721 VIN SCBBR53WX6C036543, ITS TOOLS AND APPURTENANCES,<br><br>                          Defendant. | CASE NO. 07cv2100 DMS (AJB)<br><br>**ORDER SETTING HEARING DATE** |

On March 14, 2008, this Court entered default judgment in favor of the United States against Jeremy Cao, Craig Lake and all potential claimants. One week later, the Court received a motion from Craig Lake, who is proceeding pro se, for relief from entry of default. The Court hereby sets this motion for hearing on **May 16, 2008**, at **1:30 p.m.** Counsel and Mr. Lake shall follow the Civil Local Rules for the briefing schedule.

**IT IS SO ORDERED**.

DATED: April 7, 2008

_____
HON. DANA M. SABRAW
United States District Judge