CRAIG ORLAND LAKE
7951 Broadway
Lemon Grove, CA 91945
Telephone: (619) 279-1737
Facsimile: (619) 462-1833
E-Mail: colake@cox.net
In Pro Per

FILED
2008 MAY -9 AM 9:16

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>ONE BENTLEY FLYING SPUR SEDAN,<br>CALIFORNIA LICENSE NO. 5GAG721<br>VIN SCBBR53WX6C036543,<br>ITS TOOLS AND APPURTENANCES,<br><br>            Defendant | Civil No. 07cv2100-DMS(AJB)<br><br>REQUEST OF CRAIG ORLAND LAKE AND SEIZED ASSET CLAIM FOR A RESCISSION FROM RELIEF FROM DEFAULT<br><br>Date: May 16, 2008<br>Time: __1:30PM_____<br>Place: UNITED STATES DISCTRICT COURT<br>        Southern District of California<br>        Court Room 10<br>        940 Front Street<br>        San Diego, CA 92101 |

I, Craig Orland Lake, request rescission of my request to Set Aside Default. This is done with the understanding that the matter is rescission and I have absolutely no reciprocated action against me.

Dated: May 9, 2008

CRAIG ORLAND LAKE
In Pro Per
7951 Broadway
Lemon Grove, California 91945

Telephone: (619) 279-1737

CRAIG ORLAND LAKE
7951 Broadway
Lemon Grove, California [91945]
Telephone: (619) 279-1737
Facsimile: (619) 462-1833
E-Mail: colake@cox.net
In Pro Per

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>ONE BENTLEY FLYING SPUR SEDAN,<br>CALIFORNIA LICENSE NO. 5GAG721<br>VIN SCBBR53WX6C036543,<br>ITS TOOLS AND APPURTENANCES,<br><br>        Defendant | Civil No. 07cv2100-DMS(AJB)<br><br>CERTIFICATE OF SERVICE |

      I, CRAIG ORLAND LAKE, claimant for defendant in this action, certify that on May 09, 08, at 8:10, SERVED A COPY OF REQUEST OF CRAIG ORLAND LAKE and SEIZED ASSET CLAIM FOR A RESCISSION FROM RELIEF FROM DEFAULT, I personally served ~~a copy of the attached DECLARATION OF CRAIG ORLAND LAKE AND SEIZED ASSET CLAIM IN SUPPORT OF APPLICATION FOR RELIEF FROM ENTRY OF DEFAULT~~ on KAREN PECKHAM HEWITT and BRUCE CAMPBELL SMITH, plaintiff's attorneys in this action, by personally handing the copy to Ralph _____ and _____, at 940 Front Street, Courtroom 10, San Diego, California.

                                                                      Cg O. Lake
                                                                    IN PRO PER