# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>ONE 2006 BENTLEY FLYING SPUR SEDAN, CALIFORNIA LICENSE NO. 5GAG721 VIN SCBBR53WX6C036543, ITS TOOLS AND APPURTENANCES,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07cv2100 DMS (AJB)<br><br>**ORDER DENYING MOTION TO SET ASIDE DEFAULT AS MOOT**<br><br>[Docket No. 15] |

On March 14, 2008, this Court entered default judgment in favor of the United States against Jeremy Cao, Craig Lake and all potential claimants. One week later, the Court received a motion from Craig Lake, who is proceeding *pro se*, for relief from entry of default. The Court set that motion for hearing on May 16, 2008. However, on May 9, 2008, the Court received a request from Mr. Lake for "a rescission from relief from default." The Court construes this document as a request to withdraw his motion for relief from entry of default. Accordingly, the motion is hereby denied as moot.

**IT IS SO ORDERED**.

DATED: May 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge