# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07cv2100-DMS(AJB) |
|---|---|
| DEFENDANT<br>ONE 2006 BENTLEY FLYING SPUR SEDAN | TYPE OF PROCESS<br>Disposition |

| SERVE AT | UNITED STATES SECRET SERVICE |
|---|---|
| | 550 West "C" Street, Suite 660, San Diego, CA 92101 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>BRUCE C. SMITH, AUSA/ANNE HOWARD<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>880 FRONT STREET, RM. 6293<br>SAN DIEGO, CA 92101-8893 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE
CATS # 07-USS-000277; Agency # 412-777-23905-S

Pursuant to the attached **Order Granting Motion For Judgment By Default Against Jeremy Cao, Craig Lake, And All Other Potential Claimants**, please dispose of the asset in accordance to the terms contained therein and in accordance with the law.

| Signature of Attorney or other Originator requesting service on behalf of [X]Plaintiff<br>BRUCE C. SMITH      [ ]Defendant | Telephone No.<br>(619) 557-7004 | Date<br>Mar 18, 2008 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date<br>4/1/08 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency | | |

**REMARKS:** 2006 Bentley Flying Spur Sedan was sold on August 22, 2008 for $137,000.00.

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*